IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY TAYLOR

Case No. 2:11mj164

Court Date: April 20, 2011

FILED
MAR 17 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### CRIMINAL INFORMATION

(Misdemeanor)-Violation No. N0455160

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 4, 2011, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ANTHONY TAYLOR, did knowingly and unlawfully drive and operate a motor vehicle while his privilege to drive a motor vehicle was suspended or revoked.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Taryn M. Meeks
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 462-2599
Fax:(757) 441-3205
Taryn.Meeks@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Taryn M. Meeks
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 462-2599
Fax:(757) 441-3205
Taryn.Meeks@usdoj.gov

_17 MARCH 11_____
Date