AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
Anthony Taylor ) Case No. 2:11 mj166
_____ )
Defendant )

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
Defendant's signature

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

TARYN MEEKS
Government representative's printed name and title

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
Defendant's signature

_____     _____
Printed name of defendant's attorney (if any)     Signature of defendant's attorney (if any)

Date: _____     Approved by: _____
Magistrate Judge's signature