IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



UNITED STATES OF AMERICA

v.                                    DOCKET NO. 2:11mj166

Anthony Taylor

## ACKNOWLEDGMENT OF CERTAIN RIGHTS

I am the defendant in this criminal proceeding.

I understand that I do not have to make any statement to anyone in connection with the charge(s) against me and that if I do make any statements they may be used against me. I further understand that I cannot be compelled to testify in this proceeding but that if I chose to testify on my own behalf, as I have the right to do, I will be subject to cross examination.

I understand that I have the right to assistance of a lawyer at all stages of the prosecution against me. I also understand that if I desire legal counsel but am financially unable to obtain counsel, and if there is a possibility that I can be confined in jail if I am found guilty, the court will appoint a lawyer to represent me (although, if I am able to do so, the court may require me to reimburse the federal treasury for the cost of furnishing counsel by making a delayed payment of periodic payments).

Date: 5/26/11                         _____
                                       Defendant

Date: _____         _____
                                       Defendant's Attorney

I hereby waive (give up) my right to have the assistance of a lawyer in this criminal proceeding.

Date: 5/26/11                         _____
                                       Defendant